Jeffrey I. Weinberger (SBN: 056,214)
jeffrey.weinberger@mto.com
Ted G. Dane (SBN: 143,195)
ted.dane@mto.com
Heather E. Takehashi (SBN: 245,845)
heather.takahashi@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100  Fax: (213) 687-3702

Attorneys for Plaintiffs,
Takeda Pharmaceutical Co., Ltd.
Takeda Pharmaceuticals North America, Inc.
Takeda Pharmaceuticals LLC, and
Takeda Pharmaceuticals America, Inc.

William R. Zimmerman (SBN:195,859)
wrz@kmob.com
Steven A. Maddox (pro hac vice)
Steve.maddox@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, Suite 900
Washington DC 20006
Tel: (202) 640-6400  Fax: (202) 640-6401

Frances Pai (SBN: 246,932)
Francis.pai@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush Street, 21st Floor
San Francisco, CA 94104
Tel: 415-954-4114  Fax: 415-954-4111

Attorneys for Defendant
Handa Pharmaceuticals, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No.  CV11-0840 CRB <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER THE CORRECTED FIRST AMENDED COMPLAINT [18] <br><br><br> Hon. Charles R. Breyer U.S.D.J. |

1         Before the Court is the parties' stipulation to extend Defendant Handa Pharmaceuticals,

2  LLC's ("Handa") time to respond to the Corrected First Amended Complaint.  PURSUANT TO

3  THE STIPULATION, the Court ORDERS as follows:

4        1.   The service of Summons and the Corrected First Amended Complaint in this

5             action is deemed effective as of April 4, 2011;

6        2.   Handa shall file an Answer or otherwise respond to the Corrected First Amended

7             Complaint in this action on or before May 3, 2011.

8  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED:**

9

10

11  Dated:_____April 20, 2011_____     _____

12                           Hon. Charles R. Breyer
United States District Judge

11057389



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Waiving Service of the First Amended Complaint
Case no. CV11-0840 CRB