JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 5:11-cv-00840 CRB <br><br> **STIPULATION TO 7-DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Related Cases:    5:11-cv-01587 CRB <br>                       5:11-cv-01609 CRB <br>                       5:11-cv-01610 CRB |

1    Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North
2 America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc.
3 (collectively, "Takeda"), and Defendant Handa Pharmaceuticals, LLC, hereby stipulate through
4 their respective attorneys as follows:

5    WHEREAS, on April 4, 2011, the Court issued an Order Setting Case Management
6 Conference in the above-captioned action, scheduling the Initial Case Management Conference for
7 May 27, 2011 at 8:30 a.m.;

8    WHEREAS, the parties jointly would request a one-week continuance of the Case
9 Management Conference to better accommodate their respective counsels' schedules;

10   WHEREAS, the parties agree that Friday, June 3, 2011, at 8:30 a.m. is a mutually agreeable
11 date for a rescheduled Initial Case Management Conference; and

12   WHEREAS, the parties further agree that they could meet the deadlines for events leading
13 up to the Initial Case Management Conference in a more orderly fashion if that Conference were
14 postponed until June 3, 2011.

15   NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval,
16 the Initial Case Management Conference shall be held on Friday, June 3, 2011, at 8:30 a.m. and the
17 other dates in the Corrected Order Setting Initial Case Management Conference and ADR
18 Deadlines are continued accordingly.

19                                    Respectfully Submitted,
20 DATED: April 27, 2011              MUNGER, TOLLES & OLSON LLP
21
22                                    By:      /s/ *Heather E. Takahashi*
23                                          HEATHER E. TAKAHASHI

24                                    Attorneys for Plaintiffs
                                      TAKEDA PHARMACEUTICAL CO., LTD.,
25                                    TAKEDA PHARMACEUTICALS NORTH
                                      AMERICA, INC., TAKEDA
26                                    PHARMACEUTICALS LLC, AND TAKEDA
                                      PHARMACEUTICALS AMERICA, INC.
27
28

2

STIPULATION TO 7-DAY CONTINUANCE OF
INITIAL CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON
CASE NO. 5:11-CV-00840 CRB

| | |
|---|---|
| 1    DATED: April 27, 2011 | KNOBBE, MARTENS, OLSON & BEAR LLP |

By:     /s/ *William R. Zimmerman*
           WILLIAM R. ZIMMERMAN

Attorneys for Defendant
HANDA PHARMACEUTICALS, LLC

<u>Filer's Attestation</u>

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this **STIPULATION TO 7-DAY CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that the other above-named signatory concurs in this filing.

DATED: April 27, 2011

                  /s/ *Heather E. Takahashi*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April __28_, 2011

             THE HONORABLE CHARLES R. BREYER
             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

13851188.1

3

STIPULATION TO 7-DAY CONTINUANCE OF
INITIAL CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON
CASE NO. 5:11-CV-00840 CRB