JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 3:11-cv-00840 JCS <br><br> STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON <br><br><br> Judge: Hon. Joseph C. Spero |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC., <br><br> Defendants. | Case No. 3:11-cv-01609 JCS |

STIPULATION TO CONTINUANCE OF CASE
MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:11-cv-01610 JCS |

Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendants Handa Pharmaceuticals, LLC ("Handa"), Anchen Pharmaceuticals, Inc. ("Anchen"), TWi Pharmaceuticals, Inc. ("TWi"), and Impax Laboratories, Inc. ("Impax") (collectively, "Defendants"), hereby stipulate through their respective attorneys as follows:

WHEREAS, on June 23, 2011, the Court issued an Order Setting Case Management Conference in the above-captioned actions, scheduling a Case Management Conference for July 29, 2011, at 1:30 p.m.;

WHEREAS, Takeda would request a continuance of the Case Management Conference to better accommodate its counsels' schedules;

WHEREAS, the parties agree that Friday, August 12, 2011, at 1:30 p.m. is a mutually agreeable date for a rescheduled Case Management Conference.

NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval, the Case Management Conference shall be held on Friday, August 12, 2011, at 1:30 p.m. and the other dates in the Order Setting Case Management Conference are continued accordingly.

//

//

//

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

Respectfully Submitted,

DATED: June 28, 2011                 TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

By:        */s/ Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702


HANDA PHARMACEUTICALS, LLC


By:        */s/ Steven A. Maddox*
William R. Zimmerman (SBN 195859)
*wrz@kmob.com*
Steven A. Maddox (*pro hac vice*)
*steve.maddox@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave., Ste. 900
Washington, D.C. 20006
Los Angeles, CA 90071-1560
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

Payson J. LeMeilleur (SBN 205690)
Payson.LeMeilleur@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 721-6302
Facsimile: (949) 760-9502

3

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

|   |   |
|---|---|
| 1 | ANCHEN PHARMACEUTICALS, INC. AND TWI PHARMACEUTICALS, INC. |

By:      */s/ Don J. Mizerk*
Don J. Mizerk (SBN 208477)
*don.mizerk@huschblackwell.com*
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

IMPAX LABORATORIES, INC.


By:      */s/ Brian F. McMahon*
Brian F. McMahon (SBN 235373)
BMcMahon@mofo.com
MORRISON & FOERSTER LLP
555 W 5th St 35th Fl
Los Angeles, CA 90013
Telephone: (213) 892-5628
Facsimile: (213) 892-5454

Attorneys for Defendant
IMPAX LABORATORIES, INC.

Filer's Attestation

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this **STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that the other above-named signatory concurs in this filing.

DATED: June 28, 2011

                         /s/ *Heather E. Takahashi*

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   DATED: ___June 29___, 2011

4   _____
    THE HONORABLE JOSEPH C. SPERO
5   UNITED STATES MAGISTRATE JUDGE

11  14328274.1