# Knobbe Martens Olson & Bear LLP
*Intellectual Property Law*

2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
www.kmob.com

August 9, 2011
E-FILED

Honorable Judge Joseph C. Spero
San Francisco Courthouse
Court Room G-15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Takeda Pharmaceuticals Co., LTD, et al., v. Handa Pharmaceuticals, LLC,
Case No.: C11-00840 JCS (Related Case No. C11-1609 JCS and C11-1610 JCS)
Our Reference No.: HANDAL.006L

Dear Honorable Judge Spero:

I am a partner at Knobbe, Martens, Olson & Bear, LLP, and one of the attorneys representing Defendant Handa Pharmaceuticals, LLC ("Handa") in connection with the above matter. I am also admitted to practice in this District. I write to request the Court's permission to appear on behalf of Handa at the Case Management Conference ("CMC") scheduled for this Friday, August 12, in place of lead counsel for Handa who has a conflict with another client matter.

If granted permission to attend the CMC by the Court, I will have authority to enter stipulations and make admissions on behalf of Handa pursuant to the Court's Standing Order regarding the Case Management Conference. Additionally, I have contacted counsel for all parties in this action and the related actions regarding the present request. None of the parties object to Handa's request. Thus, the Court's permission is respectfully requested.

Dated: 8/10/11


IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours

Payson LeMeilleur
Counsel for Handa Pharmaceuticals, LLC

11724868

| San Diego | San Francisco | Los Angeles | Riverside | Seattle | Washington, DC |
|---|---|---|---|---|---|
| 858-707-4000 | 415-954-4114 | 310-551-3450 | 951-781-9231 | 206-405-2000 | 202-640-6400 |