1  (All parties and counsel listed on Signature Page)

2

3  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
4  SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 3:11-cv-00840 JCS <br><br> **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:  October 14, 2011 <br> Time:  1:30 p.m. <br><br> Judge:  Hon. Joseph C. Spero <br> Courtroom G, 15th Floor |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC., <br><br> Defendants. | Case No. 3:11-cv-01609 JCS |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:11-cv-01610 JCS |

JOINT REQUEST TO APPEAR
TELEPHONICALLY AT 10/14/2011 CMC

CHI-14054-2

Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendants Handa Pharmaceuticals LLC ("Handa"), Anchen Pharmaceuticals, Inc., TWi Pharmaceuticals, Inc. (collectively, "TWi/Anchen"), and Impax Laboratories, Inc. ("Impax"), through their counsel, respectfully request that their respective attorneys be permitted to appear by telephone at the Case Management Conference scheduled for October 14, 2011, at 1:30 p.m.

The parties propose that the Court and the parties use the following bridge number for the call:  888-263-2720, passcode 213-683-9531, security code 1410.

The following counsel plan to appear on behalf of their respective parties:

| Party | Counsel | Phone Number |
| --- | --- | --- |
| Takeda | Ted G. Dane | (213) 683-9288 |
| Handa | Steven A. Maddox | (202) 253-9234 |
| TWi/Anchen | Don J. Mizerk | (312) 526-1546 |
| Impax | Eric M. Acker | (858) 720-5109 |

DATED: October 13, 2011

TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

By:       */s/ Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100

- 1 -   JOINT REQUEST TO APPEAR TELEPHONICALLY AT 10/14/2011 CMC

CHI-14054-2

| | |
|---|---|
| 1 | Facsimile: (213) 687-3702 |
| 2 | |
| 3 | HANDA PHARMACEUTICALS, LLC |
| 4 | |
| 5 | By:       */s/ Steven A. Maddox* |
|   | William R. Zimmerman (SBN 195859) |
| 6 | *wrz@kmob.com* |
|   | Steven A. Maddox (*pro hac vice*) |
| 7 | *steve.maddox@kmob.com* |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 8 | 1717 Pennsylvania Ave., Ste. 900 |
|   | Washington, D.C. 20006 |
| 9 | Los Angeles, CA 90071-1560 |
|   | Telephone: (202) 640-6400 |
| 10 | Facsimile: (202) 640-6401 |
| 11 | Payson LeMeilleur (SBN 205690) |
|   | *pjl@kmob.com* |
| 12 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 2040 Main Street, 14th Floor |
| 13 | Irvine, CA 92614 |
|   | Telephone: (949) 760-0404 |
| 14 | Facsimile: (949) 760-9502 |
| 15 | ANCHEN PHARMACEUTICALS, INC. AND |
|   | TWI PHARMACEUTICALS, INC. |
| 16 | |
| 17 | |
| 18 | By:       */s/ Don J. Mizerk* |
|   | Don J. Mizerk (SBN 208477) |
| 19 | *don.mizerk@huschblackwell.com* |
|   | HUSCH BLACKWELL LLP |
| 20 | 120 S. Riverside Plaza, Suite 2200 |
|   | Chicago, IL 60606 |
| 21 | Telephone: (312) 655-1500 |
|   | Facsimile: (312) 655-1501 |
| 22 | |
| 23 | IMPAX LABORATORIES, INC. |
| 24 | |
| 25 | By:       */s/ Parisa Jorjani* |
|   | David C. Doyle (SBN 70690) |
| 26 | *DDoyle@mofo.com* |
|   | Eric M. Acker (SBN 135805) |
| 27 | *EAcker@mofo.com* |
|   | MORRISON & FOERSTER LLP |
| 28 | 12531 High Bluff Drive, Suite 100 |

- 2 -    JOINT REQUEST TO APPEAR
TELEPHONICALLY AT 10/14/2011 CMC

CHI-14054-2

San Diego, CA 92130-2040
Telephone: (858) 720-5109
Facsimile: (858) 720-5125

Brian F. McMahon (SBN 235373)
*BMcMahon@mofo.com*
MORRISON & FOERSTER LLP
555 W 5th St 35th Fl
Los Angeles, CA 90013
Telephone: (213) 892-5628
Facsimile: (213) 892-5454

Parisa Jorjani (SBN 203487)
*PJorjani@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
P (415) 268-7000
F (415) 268-7522

Attorneys for Defendant
IMPAX LABORATORIES, INC.

Filer's Attestation

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED: October 13, 2011

*/s/ Heather E. Takahashi*

Dated: 10/13/11

IT IS SO ORDERED
Judge Joseph C. Spero

- 3 -   JOINT REQUEST TO APPEAR
TELEPHONICALLY AT 10/14/2011 CMC

CHI-14054-2