(All parties and counsel listed on Signature Page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 3:11-cv-00840 JCS <br><br> STIPULATION TO PAGE LIMITS ON CLAIM CONSTRUCTION BRIEFING; [~~PROPOSED~~] ORDER THEREON <br><br><br> Judge: Hon. Joseph C. Spero <br> Courtroom: Courtroom G, 15th Floor |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC., <br><br> Defendants. | Case No. 3:11-cv-01609 JCS |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:11-cv-01610 JCS |

Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendants Handa Pharmaceuticals, LLC ("Handa"), Anchen Pharmaceuticals, Inc. ("Anchen"), TWi Pharmaceuticals, Inc. ("TWi"), and Impax Laboratories, Inc. ("Impax") (collectively, "Defendants"), hereby stipulate through their respective attorneys as follows:

WHEREAS, on October 14, 2011, the Court ordered the parties to meet and confer and submit a proposal on the number of briefs and page limits for the Claim Construction;

WHEREAS, the parties have met and conferred;

NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval, the number of briefs and page limits for Claim Construction shall be as follows:

- Takeda shall file one opening brief, not to exceed 30 pages of text, on November 4, 2011;
- Defendants shall file one joint brief in response, not to exceed 30 pages of text, on November 23, 2011; and
- Takeda shall file one reply brief on December 14, 2011. Pursuant to Local Rule 7-4(b), Takeda presently anticipates filing a reply brief of no more than 15 pages.

Respectfully Submitted,

DATED: October 24, 2011

TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

By: */s/ Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP

355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

HANDA PHARMACEUTICALS, LLC

By:      */s/ Steven A. Maddox*
William R. Zimmerman (SBN 195859)
*wrz@kmob.com*
Steven A. Maddox (*pro hac vice*)
*steve.maddox@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave., Ste. 900
Washington, D.C. 20006
Los Angeles, CA 90071-1560
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

Payson J. LeMeilleur (SBN 205690)
Payson.LeMeilleur@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 721-6302
Facsimile: (949) 760-9502

ANCHEN PHARMACEUTICALS, INC. AND
TWI PHARMACEUTICALS, INC.

By:      */s/ Don J. Mizerk*
Don J. Mizerk (SBN 208477)
*don.mizerk@huschblackwell.com*
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

| | |
|---|---|
| 1 | IMPAX LABORATORIES, INC. |
| 2 | |
| 3 | By:        /s/ Eric M. Acker |
| 4 | David C. Doyle (SBN 70690) |
|   | *DDoyle@mofo.com* |
| 5 | Eric M. Acker (SBN 135805) |
|   | *EAcker@mofo.com* |
| 6 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 7 | San Diego, CA 92130-2040 |
|   | Telephone: (858) 720-5109 |
| 8 | Facsimile: (858) 720-5125 |
| 9 | |
|   | Brian F. McMahon (SBN 235373) |
| 10 | *BMcMahon@mofo.com* |
|   | MORRISON & FOERSTER LLP |
| 11 | 555 W 5th St 35th Fl |
|   | Los Angeles, CA 90013 |
| 12 | Telephone: (213) 892-5628 |
|   | Facsimile: (213) 892-5454 |
| 13 | |
| 14 | Parisa Jorjani (SBN 203487) |
|   | *PJorjani@mofo.com* |
| 15 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 16 | San Francisco, CA 94105-2482 |
|   | P (415) 268-7000 |
| 17 | F (415) 268-7522 |
| 18 | |
|   | Attorneys for Defendant |
| 19 | IMPAX LABORATORIES, INC. |
| 20 | |
| 21 | Filer's Attestation |
| 22 | I, Heather Takahashi, am the ECF user whose identification and password are |
| 23 | being used to file this **STIPULATION TO PAGE LIMITS ON CLAIM** |
| 24 | **CONSTRUCTION BRIEFING**  In compliance with General Order 45.X.B, I hereby |
| 25 | attest that the other above-named signatory concurs in this filing. |
| 26 | DATED:  October 24, 2011 |
| 27 | |
|   |          */s/ Heather E. Takahashi* |
| 28 | |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 DATED: __10/25_____, 2011

4 _____
THE HONORABLE JOSEPH C. SPERO
5 UNITED STATES MAGISTRATE JUDGE

9 14328274.1