1   (All parties and counsel listed on Signature Page)

2

3                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
4                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 5    TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 3:11-cv-00840 JCS <br><br> STIPULATION TO PAGE LIMITS ON CLAIM CONSTRUCTION BRIEFING; [~~PROPOSED~~] ORDER THEREON <br><br><br> Judge:      Hon. Joseph C. Spero <br> Courtroom:  Courtroom G, 15th Floor |
| 12   TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC., <br><br> Defendants. | Case No. 3:11-cv-01609 JCS |
| 20   TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:11-cv-01610 JCS |

27

28

1    Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North

2  America, Inc., Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc.

3  (collectively, "Takeda"), and Defendants Handa Pharmaceuticals, LLC ("Handa"), Anchen

4  Pharmaceuticals, Inc. ("Anchen"), TWi Pharmaceuticals, Inc. ("TWi"), and Impax Laboratories,

5  Inc. ("Impax") (collectively, "Defendants"), hereby stipulate through their respective attorneys as

6  follows:

7    WHEREAS, on October 14, 2011, the Court ordered the parties to meet and confer and

8  submit a proposal on the number of briefs and page limits for the Claim Construction;

9    WHEREAS, the parties have met and conferred;

10  NOW THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval, the

11  number of briefs and page limits for Claim Construction shall be as follows:

12    - Takeda shall file one opening brief, not to exceed 30 pages of text, on November 4, 2011;

13    - Defendants shall file one joint brief in response, not to exceed 30 pages of text, on

14      November 23, 2011; and

15    - Takeda shall file one reply brief on December 14, 2011.  Pursuant to Local Rule 7-4(b),

16      Takeda presently anticipates filing a reply brief of no more than 15 pages.

17

18  Respectfully Submitted,

19

20  DATED: October 24, 2011          TAKEDA PHARMACEUTICAL CO., LTD.,
                                     TAKEDA PHARMACEUTICALS NORTH
21                                   AMERICA, INC., TAKEDA
                                     PHARMACEUTICALS LLC, AND TAKEDA
22                                   PHARMACEUTICALS AMERICA, INC.

23

24                                   By:        /s/ Heather E. Takahashi
                                     Jeffrey I. Weinberger (SBN 056214)
25                                   jeffrey.weinberger@mto.com
                                     Ted G. Dane (SBN 143195)
26                                   ted.dane@mto.com
                                     Heather E. Takahashi (SBN 245845)
27                                   heather.takahashi@mto.com
                                     MUNGER, TOLLES & OLSON LLP
28

STIPULATION TO PAGE LIMITS ON CLAIM
CONSTRUCTION BRIEFING;
[PROPOSED] ORDER THEREON

355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702


HANDA PHARMACEUTICALS, LLC



By:        */s/ Steven A. Maddox*
William R. Zimmerman (SBN 195859)
*wrz@kmob.com*
Steven A. Maddox (*pro hac vice*)
*steve.maddox@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave., Ste. 900
Washington, D.C. 20006
Los Angeles, CA 90071-1560
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

Payson J. LeMeilleur (SBN 205690)
Payson.LeMeilleur@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 721-6302
Facsimile: (949) 760-9502


ANCHEN PHARMACEUTICALS, INC. AND
TWI PHARMACEUTICALS, INC.



By:        */s/ Don J. Mizerk*
Don J. Mizerk (SBN 208477)
*don.mizerk@huschblackwell.com*
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

STIPULATION TO PAGE LIMITS ON CLAIM
CONSTRUCTION BRIEFING;
[PROPOSED] ORDER THEREON

1          IMPAX LABORATORIES, INC.

2

3          By:        /s/ Eric M. Acker

4          David C. Doyle (SBN 70690)
           *DDoyle@mofo.com*

5          Eric M. Acker (SBN 135805)
           *EAcker@mofo.com*

6          MORRISON & FOERSTER LLP
           12531 High Bluff Drive, Suite 100

7          San Diego, CA 92130-2040
           Telephone: (858) 720-5109

8          Facsimile: (858) 720-5125

9
           Brian F. McMahon (SBN 235373)

10         *BMcMahon@mofo.com*
           MORRISON & FOERSTER LLP

11         555 W 5th St 35th Fl
           Los Angeles, CA 90013

12         Telephone: (213) 892-5628
           Facsimile: (213) 892-5454

13

14         Parisa Jorjani (SBN 203487)
           *PJorjani@mofo.com*

15         MORRISON & FOERSTER LLP
           425 Market Street

16         San Francisco, CA 94105-2482
           P (415) 268-7000

17         F (415) 268-7522

18
           Attorneys for Defendant

19         IMPAX LABORATORIES, INC.

20

21                      Filer's Attestation

22         I, Heather Takahashi, am the ECF user whose identification and password are

23    being used to file this **STIPULATION TO PAGE LIMITS ON CLAIM**

24    **CONSTRUCTION BRIEFING**  In compliance with General Order 45.X.B, I hereby

25    attest that the other above-named signatory concurs in this filing.

26    DATED:  October 24, 2011

27                      /s/ Heather E. Takahashi

28

                                                      STIPULATION TO PAGE LIMITS ON CLAIM
                                    4                   CONSTRUCTION BRIEFING;
                                                          [PROPOSED] ORDER THEREON

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2    DATED: ___10/25_____, 2011

3

4                                                              THE HO~~~~~~~~~~~~ SPERO
                                                             UNITED ~~~~~~~~~~~~ E JUDGE
5                                                            *Judge Joseph C. Spero*

6

7

8

9    14328274.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    STIPULATION TO PAGE LIMITS ON CLAIM
                            5                            CONSTRUCTION BRIEFING;
                                                         [PROPOSED] ORDER THEREON