JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
ERIN J. COX (SBN 267954)
*erin.cox@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No.: 3:11-cv-00840 JCS <br><br> [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR NON-PARTY SANDOZ INC. TO FILE OPPOSITION TO ADMINISTRATIVE MOTION TO RELATE CASES <br><br> Dept:  Courtroom G, 15th Floor <br> Judge: Hon. Joseph C. Spero |

///

///

///

///

///

///

///

DM2\3222401.1

[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR SANDOZ INC. TO FILE OPPOSITION TO ADMINISTRATIVE MOTION TO RELATE CASES    CASE NO. 3:11-CV-00840 JCS

1  Having reviewed Plaintiffs' Further Statement Regarding Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12 ("Motion"), which provides that non-party Sandoz Inc. has requested an extension to Monday, February 13, 2012 to file its response, if any, to the Motion and that Plaintiffs have no objections to the requested extension, it is hereby ordered as follows:

Sandoz Inc. has up to and including February 13, 2012 to file a response, if any, to Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: February 8, 2012



_____
Honorable Joseph C. Spero
United States Magistrate Judge