1  William R. Zimmerman (SBN: 195,859)
   wrz@kmob.com
2  Steven A. Maddox (Pro Hac Vice)
   Steve.maddox@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   1717 Pennsylvania Avenue
4  Suite 900
   Washington DC 20006
5  Phone: (202) 640-6400
   Facsimile: (202) 640-6401
6
   Payson LeMeilleur (SBN: 205,690)
7  pjl@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
8  2040 Main Street, 14th Floor
   Irvine, CA 92614
9  Tel: (949) 760-0404
   Fax: (949) 760-9502
10
   Attorneys for Defendant/Counterclaimant,
11 Handa Pharmaceuticals, LLC

12

13            IN THE UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16 | TAKEDA PHARMACEUTICAL CO., | ) | Case No.  CV11-000840 JCS |
   | LTD., TAKEDA | ) | |
17 | PHARMACEUTICALS NORTH | ) | |
   | AMERICA, INC., TAKEDA | ) | **NOTICE OF SUBSTITUTION OF** |
18 | PHARMACEUTICALS LLC, AND | ) | **COUNSEL FOR DEFENDANT** |
   | TAKEDA | ) | **HANDA PHARMACEUTICALS,** |
19 | PHARMACEUTICALS AMERICA, | ) | **LLC** |
   | INC., | ) | |
20 | | ) | **[~~PROPOSED~~] ORDER** |
   | | ) | |
21 | Plaintiffs/Counterdefendants, | ) | Honorable Joseph C. Spero, |
   | | ) | U.S.M.J. |
22 | v. | ) | |
   | | ) | |
23 | HANDA PHARMACEUTICALS, LLC, | ) | |
   | | ) | |
24 | | ) | |
   | Defendant/Counterclaimant. | ) | |
25 | | ) | |

26

27

28

1  TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND

2  THEIR COUNSEL FO RECORD:

3  Please take notice that Defendant Handa Pharmaceuticals, LLC hereby

4  substitutes Crowell & Moring LLP in place of Knobbe, Martens, Olson & Bear,

5  LLP as its counsel of record in this action.

6  The contact information for new counsel is as follows:

7  Mark T. Jansen (SBN 114,896)
   mjansen@crowell.com
8  CROWELL & MORING LLP
   275 Battery St., 23rd Fl.
9  San Francisco, CA 94111
   Telephone: (415) 986-2800
10 Facsimile: (415) 986-2827

11                                    CROWELL & MORING LLP

12 Dated: March 20, 2012             By: /s/ Mark T. Jansen_____
                                          Mark T. Jansen (SBN 114896)
13                                        mjansen@crowell.com
                                          275 Battery St., 23rd Fl.
14                                        San Francisco, CA 94111
                                          Telephone: (415) 986-2800
15                                        Facsimile: (415) 986-2827

16                     **CONSENT TO SUBSTITUTION**

17      William R. Zimmerman, Payson LeMeilleur and Steven A. Maddox of

18 Knobbe, Martens, Olson & Bear, LLP hereby consent to this substitution and

19 upon the Court's entering of the order withdraw as counsel in this action.

20
                                    KNOBBE, MARTENS, OLSON & BEAR, LLP
21

22 Dated:  March 20, 2012            By:  /s/ Payson LeMeilleur_____
                                          William R. Zimmerman
23                                        Payson LeMeilleur
                                          Steven A. Maddox
24
                                    Attorneys for Defendant/Counterclaimant
25                                  Handa Pharmaceuticals, LLC

26 **IT IS SO ORDERED**

27 Dated: ___March 23, 2012_____

28                                       _____
   12947087                               Jose_____
                                          Honorable Magistrate Judge

                                    Judge Joseph C. Spero

                          -1-     Notice of Substitution of Counsel
                                          CV11-000840 JCS