1 | (All parties and counsel listed on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC,<br><br>Defendant. | Case No. 3:11-cv-00840 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING POST-MARKMAN SCHEDULE**<br><br>Judge: Hon. Joseph C. Spero<br>Courtroom G, 15th Floor |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No. 3:11-cv-01609 JCS |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610 JCS |

16738288.1

1   WHEREAS, the Court issued a Case Management and Pretrial Order on August 29, 2011,
2  setting forth the schedule with respect to Claim Construction;
3   WHEREAS, the Court did not set post-*Markman* dates in its order of August 29, 2011;
4   WHEREAS, at the Claim Construction Hearing on February 16, 2012, the Court directed
5  the parties to agree on a schedule for the remainder of pre-trial events;
6   WHEREAS, the parties, by their undersigned attorneys, hereby stipulate to the following
7  schedule, subject to the approval of the Court:

| Event | Date |
|---|---|
| Document Production Complete for Foreign-Language Documents | Monday, 04/30/12[*] |
| Document Production Complete for English-Language Documents | Tuesday, 05/15/12[*] |
| Fact Discovery Cut-Off | Friday, 07/27/12 |
| Initial Expert Reports on Issues where party Bears Burden of Proof. Takeda will provide any report on secondary considerations at this time. | Friday, 08/24/12 |
| Rebuttal Expert Reports | Friday, 9/21/12 |
| Expert Discovery Cut-Off | Friday, 10/26/12 |
| Last Day to File Dispositive Motions | Tuesday, 11/20/12 |
| Oppositions Due for Dispositive Motions Filed on November 20, 2012 | Friday, 12/21/12 |
| Replies Due for Dispositive Motions Filed on November 20, 2012 | Friday, 1/10/13 |
| Motions Hearing | Friday, 02/01/13 |
| Pretrial Conference        Friday, May 17, 2013 at 1:30 PM | ~~Thursday, 03/07/13~~ |
| Trial            June 3, 2013 at 8:30 AM | ~~March or April 2013~~ |

---

[*] The agreed-upon dates for the close of document production relate to documents produced in response to the comprehensive requests exchanged by the parties last year.  The parties acknowledge that additional Requests for Production that are more narrow in scope, such as requests seeking individual documents or small populations of documents, may be issued between now and the close of fact discovery. Furthermore, this agreement is not intended to supersede the requirements of Rule 34 or other Federal Rules of Civil Procedure.

16738288.1                                    - 2 -

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: March 21, 2012 | TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC. |

By: */s/ Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
ERIN J. COX (SBN 267954)
*erin.cox@mto.com*

MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

HANDA PHARMACEUTICALS, LLC

By: */s/ Mark T. Jansen*
Mark T. Jansen (SBN 114896)
*mjansen@crowell.com*
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

ANCHEN PHARMACEUTICALS, INC. AND TWI PHARMACEUTICALS, INC.

By: */s/ Don J. Mizerk*
Don J. Mizerk (SBN 208477)
*don.mizerk@huschblackwell.com*
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

| | |
|---|---|
| 1 | IMPAX LABORATORIES, INC. |
| 2 | |
| 3 | By: _/s/ Eric M. Acker_ |
| 4 | David C. Doyle (SBN 70690) <br> *DDoyle@mofo.com* |
| 5 | Eric M. Acker (SBN 135805) <br> *EAcker@mofo.com* |
| 6 | MORRISON & FOERSTER LLP <br> 12531 High Bluff Drive, Suite 100 |
| 7 | San Diego, CA 92130-2040 <br> Telephone: (858) 720-5109 |
| 8 | Facsimile: (858) 720-5125 |
| 9 | Brian F. McMahon (SBN 235373) <br> *BMcMahon@mofo.com* |
| 10 | MORRISON & FOERSTER LLP <br> 555 W 5th St 35th Fl |
| 11 | Los Angeles, CA 90013 <br> Telephone: (213) 892-5628 |
| 12 | Facsimile: (213) 892-5454 |
| 13 | Parisa Jorjani (SBN 203487) <br> *PJorjani@mofo.com* |
| 14 | MORRISON & FOERSTER LLP <br> 425 Market Street |
| 15 | San Francisco, CA 94105-2482 <br> P (415) 268-7000 |
| 16 | F (415) 268-7522 |
| 17 | Attorneys for Defendant <br> IMPAX LABORATORIES, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __March 26__, 2012

IT IS SO ORDERED AS MODIFIED

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

16738288.1

- 4 -

1 <u>Filer's Attestation</u>

2 I, Heather Takahashi, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING POST-MARKMAN SCHEDULE**. In compliance with General Order 45.X.B, I hereby attest that the other above-named signatory concurs in this filing.

DATED: March 21, 2012

/s/ *Heather E. Takahashi*