RECEIVED
2012 MAR 22 P 1:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC,<br><br>Defendant/Counterclaimant. | Case No. 11-cv-000840 JCS<br><br>[PROPOSED]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JAMES K. STRONSKI)** |

1  James K. Stronski, whose business address and telephone number is Crowell & Moring LLP, 590 Madison Avenue, New York, NY 10022-2524, (212) 223-4000 and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Handa Pharmaceuticals, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 29, 2012

HON. JOSEPH C. Spero
United States Magistrate Judge

NYACTIVE-107999.0000001\12504036.1