UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC,<br><br>Defendant/Counterclaimant. | Case No. 11-cv-000840 JCS<br><br>[PROPOSED]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (KEITH J. HARRISON)** |

Keith J. Harrison, whose business address and telephone number is Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004, (202) 624-2500 and who is an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Handa Pharmaceuticals, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 03/29/12



HON. JOSEPH C. SPERO
United States Magistrate Judge

NYACTIVE-107999.0000001\12504035.1

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (HARRISON); CASE NO. 11-CV-000840 JCS