1  (All parties and counsel listed on Signature Page)

2

3

4  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
5  SAN FRANCISCO DIVISION

| | |
|---|---|
| 6  TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC,<br><br>Defendant. | Case No. 3:11-cv-00840 JCS<br><br>**STIPULATION TO CORRECT THE COURT'S CLAIM CONSTRUCTION ORDER DUE TO A TRANSCRIPTION ERROR**<br><br>Judge: Hon. Joseph C. Spero |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANCHEN PHARMACEUTICALS, INC. AND TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01609-JCS |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610-JCS |

Stipulation To Correct the Court's Claim
Construction Order Due to a Transcription Error
Case Nos. 11-cv-0840-JCS, 11-cv-01609, 11-cv-01610

NYACTIVE-12579619.5

1  WHEREAS, the Court issued a claim construction order on April 11, 2012 ("*Markman*
2  Order," Case No. 3:11-cv-00840, D.E. 106; Case No. 3:11-cv-01609, D.E. 81; Case No. 3:11-cv-
3  01610, D.E. 95);

4  WHEREAS, in its *Markman* Order the Court construed the term "soluble in the pH range
5  of no less than 6.5 to no more than 7.0," found in claim 7 of U.S. Patent No. 7,790,755 ("the '755
6  Patent"), to mean "begins to dissolve in the gastrointestinal tract at pH values within the range
7  from 6.0 to 7.5" (*Markman* Order at 71);

8  WHEREAS, this construction appears to have been the result of a transcriptional error;
9  and

10  WHEREAS, the Court appears to have instead intended for the term "soluble in the pH
11  range of no less than 6.5 to no more than 7.0" to mean "begins to dissolve at pH values within the
12  range from 6.5 to 7.0";

13  The parties, by their undersigned attorneys, hereby stipulate, subject to the approval of the
14  Court, that the *Markman* Order should be corrected to reflect that the term "soluble in the pH
15  range of no less than 6.5 to no more than 7.0" means "begins to dissolve at pH values within the
16  range from 6.5 to 7.0";

17  The parties, by their undersigned attorneys, further stipulate that this stipulation is entered
18  into solely for the purpose of correcting what appears to have been a transcriptional error in the
19  *Markman* Order and that nothing herein shall be construed as a waiver of the parties' respective
20  positions with respect to claim construction.

Respectfully submitted,

DATED: May 30, 2012                HANDA PHARMACEUTICALS, LLC

By:       */s/ Mark T. Jansen*
Mark T. Jansen (SBN 114896)
*mjansen@crowell.com*
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800

- 2 -

Stipulation To Correct the Court's Claim
Construction Order Due to a Transcription Error
Case Nos. 11-cv-0840-JCS, 11-cv-01609, 11-cv-01610

NYACTIVE-12579619.5

| | |
|---|---|
| 1 | Facsimile: (415) 986-2827 |
| 2 | James K. Stronski |
| | *jstronski@crowell.com* |
| 3 | Bruce D. DeRenzi |
| | *bderenzi@crowell.com* |
| 4 | Chiemi D. Suzuki |
| | *csuzuki@crowell.com* |
| 5 | Jacob Z. Zambrzycki |
| | *jzambrzycki@crowell.com* |
| 6 | CROWELL & MORING LLP |
| | 590 Madison Ave., 20th Fl. |
| 7 | New York, NY 10022-2524 |
| | Telephone: (212) 223-4000 |
| 8 | Facsimile: (212) 223-4134 |
| 9 | Keith J. Harrison |
| | *kharrison@crowell.com* |
| 10 | Jennifer H. Burdman |
| | *jburdman@crowell.com* |
| 11 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Ave., N.W. |
| 12 | Washington, DC 20004-2595 |
| | Telephone: (202) 624-2500 |
| 13 | Facsimile: (202) 628-5116 |
| 14 | |
| 15 | ANCHEN PHARMACEUTICALS, INC. and TWI PHARMACEUTICALS, INC. |
| 16 | |
| 17 | By:     */s/ Donald J. Mizerk* |
| 18 | Donald J. Mizerk (SBN 208477) |
| | *don.mizerk@huschblackwell.com* |
| | HUSCH BLACKWELL LLP |
| 19 | 120 S. Riverside Plaza, 22nd Floor |
| | Chicago, IL 60606 |
| 20 | Telephone: (312) 655-1500 |
| | Facsimile: (312) 655-1501 |
| 21 | |
| 22 | IMPAX LABORATORIES, INC. |
| 23 | |
| 24 | By:     */s/ Eric M. Acker* |
| 25 | David C. Doyle (SBN 70690) |
| | *ddoyle@mofo.com* |
| 26 | Eric M. Acker (SBN 135805) |
| | *eacker@mofo.com* |
| 27 | Elizabeth Miller (SBN 250322) |
| | *emiller@mofo.com* |
| 28 | MORRISON & FOERSTER LLP |

- 3 -

Stipulation To Correct the Court's Claim Construction Order Due to a Transcription Error
Case Nos. 11-cv-0840-JCS, 11-cv-01609, 11-cv-01610

NYACTIVE-12579619.5

|    |    |
|----|----|
| 1  | 12531 High Bluff Drive, Suite 100 |
| 2  | San Diego, CA 92130-2040<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125 |
| 3  |    |
| 4  | Parisa Jorjani (SBN 203487)<br>*pjorjani@mofo.com*<br>MORRISON & FOERSTER LLP |
| 5  | 425 Market Street, 32nd Floor<br>San Francisco, CA 94105 |
| 6  | Telephone: (415) 268-7000<br>Facsimile: (415) 276-7505 |
| 7  |    |
| 8  | Brian F. McMahon (SBN 235373)<br>*bmcmahon@mofo.com*<br>MORRISON & FOERSTER LLP |
| 9  | 555 W. 5th Street, Suite 3500<br>Los Angeles, CA 90013 |
| 10 | Telephone: (213) 892-5628<br>Facsimile: (213) 892-5454 |
| 11 |    |
| 12 | TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH |
| 13 | AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA |
| 14 | PHARMACEUTICALS AMERICA, INC. |
| 15 |    |
| 16 | By:       */s/ Heather E. Takahashi* |
| 17 | Jeffrey I. Weinberger (SBN 056214)<br>*jeffrey.weinberger@mto.com* |
| 18 | Ted G. Dane (SBN 143195)<br>*ted.dane@mto.com* |
| 19 | Heather E. Takahashi (SBN 245845)<br>*heather.takahashi@mto.com* |
| 20 | Erin J. Cox (SBN 267954)<br>*erin.cox@mto.com* |
| 21 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Ave., 35th Floor |
| 22 | Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100 |
| 23 | Facsimile: (213) 687-3702 |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

- 4 -

Stipulation To Correct the Court's Claim Construction Order Due to a Transcription Error
Case Nos. 11-cv-0840-JCS, 11-cv-01609, 11-cv-01610

NYACTIVE-12579619.5

<u>Filer's Attestation</u>

I, Mark Jansen, am the ECF user whose identification and password are being used to file this **STIPULATION TO CORRECT THE COURT'S CLAIM CONSTRUCTION ORDER DUE TO A TRANSCRIPTION ERROR**. In compliance with General Order 45.X.B., I hereby attest that the other above-named signatories concur in this filing.

DATED: May 30, 2012

*/s/ Mark T. Jansen*

Dated: May 31, 2012

[Seal of United States District Court, Northern District of California, signed by Judge Joseph C. Spero]

- 5 -

Stipulation To Correct the Court's Claim
Construction Order Due to a Transcription Error
Case Nos. 11-cv-0840-JCS, 11-cv-01609, 11-cv-01610

NYACTIVE-12579619.5