1    (All parties and counsel listed on Signature Page)

2

3

4                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
5                        SAN FRANCISCO DIVISION

6    TAKEDA PHARMACEUTICAL CO., LTD.,         Case No. 3:11-cv-00840 JCS
     TAKEDA PHARMACEUTICALS NORTH
7    AMERICA, INC., TAKEDA                    **STIPULATED EXTENSION TO ANSWER**
     PHARMACEUTICALS LLC, AND TAKEDA          **SECOND AMENDED COMPLAINT FOR**
8    PHARMACEUTICALS AMERICA, INC.,           **PATENT INFRINGEMENT**

9              Plaintiffs,                     Judge: Hon. Joseph C. Spero

10                  v.

11   HANDA PHARMACEUTICALS, LLC AND
     PAR PHARMACEUTICAL, INC.
12
               Defendants.
13

14         Plaintiffs Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals North America, Inc.,

15   Takeda Pharmaceuticals LLC, and Takeda Pharmaceuticals America, Inc. (collectively "Takeda")

16   and Defendants Handa Pharmaceuticals, LLC ("Handa") and Par Pharmaceutical, Inc. ("Par"),

17   through counsel, jointly request an order from the Court adopting the parties' agreement related to

18   the time for Handa to answer, move, or respond to the Second Amended Complaint for Patent

19   Infringement (D.E. 126) in this action.

20         WHEREAS, in an effort of cooperation, the parties have discussed and come to an

21   agreement on issues relating to an extension of time for Handa to respond to the Second

22   Amended Complaint for Patent Infringement;

23         IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that:

24         The deadline for Handa to respond to the Second Amended Complaint for Patent

25   Infringement is extended from September 5, 2012 to September 12, 2012.

26         IT IS SO STIPULATED.

27         //

28

Respectfully submitted,

DATED: September 5, 2012

HANDA PHARMACEUTICALS, LLC AND
PAR PHARMACEUTICAL, INC.


By:    /s/ Mark T. Jansen
Mark T. Jansen (SBN 114896)
mjansen@crowell.com
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

James K. Stronski
jstronski@crowell.com
Bruce D. DeRenzi
bderenzi@crowell.com
Chiemi D. Suzuki
csuzuki@crowell.com
Jacob Z. Zambrzycki
jzambrzycki@crowell.com
CROWELL & MORING LLP
590 Madison Ave., 20th Fl.
New York, NY 10022-2524
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Keith J. Harrison
kharrison@crowell.com
Jennifer H. Burdman
jburdman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116


TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.


By:    /s/ Heather E. Takahashi
Jeffrey I. Weinberger (SBN 056214)
jeffrey.weinberger@mto.com

STIPULATED EXTENSION TO ANSWER
SECOND AMENDED COMPLAINT
CASE NO. 11-cv-00840-JCS

1

2

3

4

5

6

7

Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
Erin J. Cox (SBN 267954)
*erin.cox@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

8

9

10    Dated: 9/6/12

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



- 3 -

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Lisa Fong, state: |
| 3 | My business address is 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action. |
| 4 | |
| 5 | On the date set forth below, I served the foregoing document described as: |
| 6 | **STIPULATED EXTENSION TO ANSWER SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| 7 | on the following person(s) in this action: |

1   **PROOF OF SERVICE**

2   I, Lisa Fong, state:

3   My business address is 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

4

5   On the date set forth below, I served the foregoing document described as:

6   **STIPULATED EXTENSION TO ANSWER SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

7   on the following person(s) in this action:

8   Jeffrey I. Weinberger
      Jeffrey.Weinberger@mto.com
9   Ted Dane
      Ted.Dane@mto.com
10  Heather E. Takahashi
      Heather.Takahashi@mto.com
11  Erin J. Cox
      Erin.Cox@mto.com
12  MUNGER TOLLES & OLSON LLP
13  355 South Grand Ave.
     35th Floor
14  Los Angeles, CA 90071
15  Phone:    (213) 683-9100

16  *Attorneys for Plaintiffs*
     TAKEDA PHARMACEUTICAL CO., LTD.,
17  TAKEDA PHARMACEUTICALS NORTH
     AMERICA, INC., TAKEDA
18  PHARMACEUTICALS LLC, AND TAKEDA
     PHARMACEUTICALS AMERICA, INC.

19

20  ☒   <u>BY ELECTRONIC MAIL</u>:  Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

21

22

23  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

24  Executed on September 5, 2012, at San Francisco, California.

25

26

27  _____
                               Lisa Fong

28

STIPULATED EXTENSION TO ANSWER
SECOND AMENDED COMPLAINT
CASE NO. 11-cv-00840-JCS