| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | CROWELL & MORING LLP<br>Mark T. Jansen (CSB No. 114896, mjansen@crowell.com)<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br><br>(Additional counsel listed after signature)<br><br>Attorneys for Defendants-Counterclaimants<br>HANDA PHARMACEUTICALS, LLC AND<br>PAR PHARMACEUTICAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>    Plaintiffs/Counterdefendants,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC AND PAR PHARMACEUTICAL, INC.<br><br>    Defendant/Counterclaimant. | Case No. 3:11-cv-000840 JCS<br><br>**DEFENDANT HANDA PHARMACEUTICALS, LLC AND PAR PHARMACEUTICAL, INC.'S JOINDER IN DEFENDANT TWI PHARMACEUTICALS, INC.'S MOTION FOR AN EXTENSION OF TIME**<br><br>Judge:    Hon. Joseph C. Spero<br>          Courtroom G, 15th Floor<br><br>Hearing Date:  October 3, 2012<br>Hearing Time:  10:30 A.M.<br><br>Related Cases:  3:11-cv-01609 JCS<br>                3:11-cv-01610 JCS | |

PLEASE TAKE NOTICE that pursuant to the Court's orders during the telephonic conference held on September 24, 2012, Defendants Handa Pharmaceuticals, LLC ("Handa") and Par Pharmaceutical, Inc. ("Par") (collectively, "Defendants"), hereby join in Defendant TWi Pharmaceuticals Inc.'s ("TWi") Notice of Motion and Motion for an Extension of Time and for a Telephonic Conference Regarding Expert Discovery and Memorandum of Points and Authorities in Support Thereof ("TWi's Motion"), filed on September 24, 2012, Dkt. No. 113, Case No. 3:11-cv-01609 JCS.

Defendants adopt as if set forth herein the arguments contained in TWi's Motion and supporting papers. For the same reasons set forth in TWi's Motion and supporting papers, these Defendants request that the Court order Plaintiffs to produce all documents, data, notebooks, or other materials considered or acquired by Advantar Laboratories, Inc. during testing of Defendant Handa's ANDA products related to the expert report of William N. Charman, Ph.D., and order a knowledgeable witness from Advantar to provide a deposition regarding the Advantar work related to the Charman expert report.

| | |
|---|---|
| Dated: September 25, 2012 | Respectfully Submitted, |
| | By: /s/ Mark T. Jansen |

Mark T. Jansen (SBN 114896)
mjansen@crowell.com
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

James K. Stronski
jstronski@crowell.com
Bruce D. DeRenzi
bderenzi@crowell.com
Chiemi D. Suzuki
csuzuki@crowell.com
Jacob Z. Zambrzycki
jzambrzycki@crowell.com
CROWELL & MORING LLP
590 Madison Ave., 20th Fl.
New York, NY 10022-2524
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Keith J. Harrison
kharrison@crowell.com
Jennifer H. Burdman
jburdman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendants-Counterclaimants
HANDA PHARMACEUTICALS, LLC AND
PAR PHARMACEUTICAL, INC.

NYACTIVE-12947022.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 25, 2012.

                                                    /s/ Mark T. Jansen
                                                    Mark T. Jansen