1   (All parties and counsel listed on Signature Page)

2

3

4

5

6
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC, AND PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | Case No. 3:11-cv-00840 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY POST-MARKMAN SCHEDULE**<br><br>Judge:   Hon. Joseph C. Spero<br>             Courtroom G, 15th Floor |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01609 JCS |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610 JCS |

18924383.1

1      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

2 respective counsel and subject to approval of the Court, that the Post-*Markman* Schedule, entered

3 by the Court on March 26, 2012 ("Post-*Markman* Schedule," Case No. 3:11-cv-00840, D.E. 93;

4 Case No. 3:11-cv-01609, D.E. 78; Case No. 3:11-cv-01610, D.E. 92) is amended as follows:

5      The deadline for Defendants' expert reports in rebuttal to the expert reports regarding

6 infringement submitted by William N. Charman, Ph.D., on behalf of Takeda is extended to

7 Friday, October 19, 2012.

8      All other provisions of the Post-*Markman* Schedule shall remain the same.

9                              Respectfully Submitted,

12 DATED: October 9, 2012          HANDA PHARMACEUTICALS, LLC, AND
                                   PAR PHARMACEUTICAL, INC.

14                                 By:       */s/ Mark T. Jansen*
                                   Mark T. Jansen (SBN 114896)
15                                 *mjansen@crowell.com*
                                   CROWELL & MORING LLP
16                                 275 Battery St., 23rd Fl.
                                   San Francisco, CA 94111
17                                 Telephone: (415) 986-2800
                                   Facsimile: (415) 986-2827

19                                 James K. Stronski
                                   *jstronski@crowell.com*
20                                 Bruce D. DeRenzi
                                   *bderenzi@crowell.com*
21                                 Chiemi D. Suzuki
                                   *csuzuki@crowell.com*
22                                 Jacob Z. Zambrzycki
                                   *jzambrzycki@crowell.com*
23                                 CROWELL & MORING LLP
                                   590 Madison Ave., 20th Fl.
24                                 New York, NY 10022-2524
                                   Telephone: (212) 223-4000
                                   Facsimile: (212) 223-4134

26                                 Keith J. Harrison
                                   *kharrison@crowell.com*
27                                 Jennifer H. Burdman
                                   *jburdman@crowell.com*
                                   CROWELL & MORING LLP
28                                 1001 Pennsylvania Ave., N.W.

| | |
|---|---|
| 1 | Washington, DC 20004-2595 |
| 2 | Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 |
| 3 | TWI PHARMACEUTICALS, INC. |
| 4 | |
| 5 | By:         */s/ Donald J. Mizerk*         |
| 6 | Donald J. Mizerk (SBN 208477)<br>*don.mizerk@huschblackwell.com* |
| 7 | HUSCH BLACKWELL LLP<br>120 S. Riverside Plaza, 22nd floor |
| 8 | Chicago, IL 60606<br>Telephone: (312) 655-1500 |
| 9 | Facsimile: (312) 655-1501 |
| 10 | IMPAX LABORATORIES, INC. |
| 11 | |
| 12 | By:         */s/ Eric M. Acker*         |
| 13 | David C. Doyle (SBN 70690)<br>*ddoyle@mofo.com* |
| 14 | Eric M. Acker (SBN 135805)<br>*eacker@mofo.com* |
| 15 | Elizabeth Miller (SBN 250322)<br>*emiller@mofo.com* |
| 16 | MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100 |
| 17 | San Diego, CA 92130-2040<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125 |
| 18 | Parisa Jorjani (SBN 203487) |
| 19 | *pjorjani@mofo.com*<br>MORRISON & FOERSTER LLP |
| 20 | 425 Market Street, 32nd Floor<br>San Francisco, CA 94105 |
| 21 | Telephone: (415) 268-7000<br>Facsimile: (415) 276-7505 |
| 22 | Brian F. McMahon (SBN 235373) |
| 23 | *bmcmahon@mofo.com*<br>MORRISON & FOERSTER LLP |
| 24 | 555 W. 5th Street, Suite 3500<br>Los Angeles, CA 90013 |
| 25 | Telephone: (213) 892-5628<br>Facsimile: (858) 892-5454 |
| 26 | |
| 27 | |
| 28 | |

TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

By:    */s/ Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
Erin J. Cox (SBN 267954)
*erin.cox@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grande Ave., 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 10, 2012

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

18924383.1

- 4 -

1  Filer's Attestation

2      I, Heather E. Takahashi, am the ECF user whose identification and password are being

3  used to file this **STIPULATION AND [PROPOSED] ORDER TO MODIFY POST-**

4  **MARKMAN SCHEDULE.**  In compliance with General Order 45.X.B., I hereby attest that the

5  above-named signatories concur in this filing.

6  DATED:  October 9, 2012

7                                               */s/ Heather E. Takahashi*