JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
ERIN J. COX (SBN 267954)
*erin.cox@mto.com*
JOEL M. PURLES (SBN 266208)
*joel.purles@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA
PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, AND PAR PHARMACEUTICAL, INC., <br><br> Defendants. | Case No. 3:11-cv-00840 JCS <br><br> **[PROPOSED] ORDER GRANTING TAKEDA'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF TAKEDA'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS TO ASSERT INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS** <br><br> Judge: Judge: Hon. Joseph C. Spero <br> Courtroom G, 15th Floor |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**

Upon consideration of Takeda's Administration Motion to Seal Confidential Materials in Support of Takeda's Motion for Leave to Amend Infringement Contentions to Assert Infringement Under the Doctrine of Equivalents, and the supporting Declaration of Heather E. Takahashi pursuant to L.R. 79.5 in support of that Motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following documents shall be filed under seal in this case:

- Exhibits A, D, and G to the Takahashi Declaration In Support of Takeda's Motion for Leave to Amend Infringement Contentions to Assert Infringement Under the Doctrine of Equivalents.

DATED: _____November 5_____, 2012

_____
THE HON. JOSEPH C. SPERO
United States Magistrate Judge