MARK T. JANSEN (SBN 114896)
mjansen@crowell.com
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

(Additional counsel listed after signature)

Attorneys for Defendants
HANDA PHARMACEUTICALS, LLC AND
PAR PHARMACEUTICAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC AND PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | Case No. 11-cv-00840-JCS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS ADMINISTRATIVE MOTION FOR ORDER TO FILE EXHIBITS AND PORTION OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND TAKEDA'S INFRINGEMENT CONTENTIONS UNDER SEAL<br><br>Judge:   Hon. Joseph C. Spero |

This Court, having reviewed Defendants' Administrative Motion to File a Portion of their Opposition to Plaintiff's Motion for Leave to Amend under Seal, grants the motion and hereby orders that Defendants are permitted to file under seal Exhibits 1, 4, 5 and 6 to Defendants' Opposition to Plaintiff's Motion for Leave to Amend, and to redact material on page 4, lines 8-21, page 8, line 28 to page 9, line 25, and page 10, lines 2-5 of the Opposition Motion.

IT IS SO ORDERED.

DATED:  11/08/12

_____
Hon. Joseph C. Spero
United States District Court Magistrate Judge

Proposed Order Granting Defs.' Admin. Motion
to File Portion of Opp'n to Mot. to Amend Under Seal
Case No. 11-cv-0840-JCS

NYACTIVE-12882589.1

|   |   |
|---|---|
| 1 | Respectfully Submitted, |
| 2 |   |
| 3  Dated: November 7, 2012 | By:     /s/ Mark T. Jansen |
|   | Mark T. Jansen (SBN 114896) |
|   | mjansen@crowell.com |
| 4 | CROWELL & MORING LLP |
|   | 275 Battery St., 23rd Fl. |
| 5 | San Francisco, CA 94111 |
|   | Telephone: (415) 986-2800 |
| 6 | Facsimile: (415) 986-2827 |

James K. Stronski
jstronski@crowell.com
Bruce D. DeRenzi
bderenzi@crowell.com
Chiemi D. Suzuki
csuzuki@crowell.com
Jacob Z. Zambrzycki
jzambrzycki@crowell.com
CROWELL & MORING LLP
590 Madison Ave., 20th Fl.
New York, NY 10022-2524
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Keith J. Harrison
kharrison@crowell.com
Jennifer H. Burdman
jburdman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendants
HANDA PHARMACEUTICALS, LLC AND
PAR PHARMACEUTICAL, INC.

-2-

Proposed Order Granting Defs.' Admin. Motion
to File Portion of Opp'n to Mot. to Amend Under Seal
Case No. 11-cv-0840-JCS