JEFFREY I. WEINBERGER (SBN 056214)
jeffrey.weinberger@mto.com
TED G. DANE (SBN 143195)
ted.dane@mto.com
HEATHER E. TAKAHASHI (SBN 245845)
heather.takahashi@mto.com
ERIN J. COX (SBN 267954)
erin.cox@mto.com
JOEL M. PURLES (SBN 266208)
joel.purles@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA
PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS LLC, AND TAKEDA
PHARMACEUTICALS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, AND PAR PHARMACEUTICAL, INC., <br><br> Defendants. | Case No. 3:11-cv-00840 JCS <br><br> [~~PROPOSED~~] ORDER GRANTING TAKEDA'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL MATERIAL IN SUPPORT OF TAKEDA'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF THE '282 PATENT <br><br> Judge:   Judge: Hon. Joseph C. Spero <br> Courtroom G, 15th Floor |
|---|---|

# [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL

Upon consideration of Takeda's Administration Motion to Seal Confidential Materials in Support of Takeda's Motion for Summary Judgment of Infringement of the '282 Patent, and the supporting Declaration of Heather E. Takahashi pursuant to L.R. 79.5 in support of that Motion, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED that the following documents shall be filed under seal in this case:

- Notice of Motion and Motion for Summary Judgment of Infringement of the '282 Patent
- Joint Statement of Undisputed Facts For Takeda's Motion for Summary Judgment of Infringement of the '282 Patent
- Declaration of Allan S. Myerson, Ph.D., in Support of Takeda's Motion for Summary Judgment of Infringement of the '282 Patent
- Expert Report of Allan S. Myerson, Ph.D., Regarding Infringement by Handa, and Exhibits 7 through 17 and 19 through 24 to the Expert Report, which are attached to the Declaration of Allan S. Myerson, Ph.D., in Support of Takeda's Motion for Summary Judgment of Infringement of the '282 Patent
- Exhibits 2 through 6 to the Declaration of Heather E. Takahashi in Support of Takeda's Motion for Summary Judgment of Infringement of the '282 Patent.

DATED: __11/27__, 2012



_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge