UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC,<br><br>Defendant.<br>_____/ | Case No. 11-0840 JCS<br><br>Related Case Nos. C-11-1609 JCS and C-11-1610 JCS<br><br>**REQUEST FOR ADDITIONAL SET OF CHAMBERS COPIES** |

RELATED CASES

TAKEDA PHARMACEUTICAL CO., LTD., ET AL.,

        Plaintiffs,

   v.

ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC.,

        Defendants.
_____/

TAKEDA PHARMACEUTICAL CO., LTD., ET AL.,

        Plaintiffs,

   v.

IMPAX LABORATORIES, INC.,

        Defendant.
_____/

Currently pending before the Court are numerous motions for summary judgment, set for hearing on February 8, 2012. The parties are requested to jointly prepare and provide to the Court, as soon as possible and no later than Friday, January 4, 2013 at 4:00 p.m., a set of binders containing all of the motion papers, responsive briefs, and supporting documents that have been filed to date in connection with the motions, organized by motion and clearly identified with spine labels. Where possible, docket numbers should be provided.[1] Each declaration should include all exhibits, separated by exhibit tabs, that support the declaration, including exhibits that have been filed under seal or for which there is a pending request to file under seal. Administrative motions to file under seal related to the pending motions should not be included. The parties also need not include publicly filed redacted versions of documents. Where documents were amended or corrected after filing, only the amended or corrected version should be provided. The parties are requested to provide additional binders (one set) in the same format when they file their reply briefs.

In addition, for each motion, the parties are requested to prepare a single binder containing only the briefs relevant to that motion. With respect to reply briefs that are to be filed after January 4, 2013, the parties should provide a tab for the reply brief, which will be inserted later by the Court.

IT IS SO ORDERED.

Dated: December 28, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] With respect to documents for which there is a pending administrative motion to file under seal, the parties are requested to provide the docket number of the publicly filed version of the document with a notation indicating that the corresponding administrative motion to file under seal is pending.