UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAKEDA PHARMACEUTICAL CO., LTD, et al., <br><br> Plaintiff, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, et al., <br><br> Defendant. | Case No.: 11-00840 JCS <br><br> Related Cases: C-11-01609, C-11-01610 <br><br> **ORDER RE HEARINGS ON SUMMARY JUDGMENT MOTIONS** |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al., <br><br> Plaintiff, <br><br> v. <br><br> ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC., <br><br> Defendants. | |
| TAKEDA PHARMACEUTICAL CO., LTD., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | |

Currently pending before the Court are six summary judgment motions, which the Court set for hearing on **February 8, 2013 at 9:30 a.m**. Having reviewed the parties' submissions, the Court concludes that in order to adequately address the issues raised in the motions, it will be necessary to set an additional hearing, which shall be held on **February 22, 2013 at 2:00 p.m**. The Court will reserve two hours for each hearing. At the February 8, 2013 hearing, the Court intends to address: 1) infringement of the '282 patent, including the existence of subject matter jurisdiction over Takeda's infringement claims based on that patent; 2) infringement of the '276 patent; 3) infringement of the '755 patent; and 4) invalidity based on indefiniteness of the asserted claims of the '755 patent. At the February 22, 2013 hearing, the Court intends to address: 1) invalidity based on anticipation of the asserted claims of the '282 patent; 2) invalidity based on lack of written description supporting the asserted claims of the '282 patent; 3) infringement of the '058 patent; and 4) infringement and invalidity of the '971 patent.

IT IS SO ORDERED.

Dated: January 25, 2013

_____
Joseph C. Spero
United States Magistrate Judge