UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HANDA PHARMACEUTICALS, LLC, et al.,<br><br>        Defendants. | Case No. 11-cv-00840-JCS<br><br>**ORDER TO FILE SUMMARY JUDGMENT ORDER UNDER SEAL [DOCKET NO. 265]** |

The Court hereby ORDERS that its April 8, 2013 order on the parties' summary judgment motions [Docket No. 265] is under seal. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

    IT IS SO ORDERED.

Dated: April 8, 2013

_____
Joseph C. Spero
United States Magistrate Judge