UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANDA PHARMACEUTICALS, LLC, et al.,<br><br>　　　　Defendant. | Case No.: 11-00840 JCS<br><br>Related Cases: C-11-01609, C-11-01610<br><br>**ORDER RE MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF TAKEDA'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS TO ASSERT INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS; OR IN THE ALTERNATIVE, FOR JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 7,790,755 UNDER FED. R. CIV. P. 54(B)**<br><br>**Docket No. 281** |
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANCHEN PHARMACEUTICALS, INC., AND TWI PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | |
| TAKEDA PHARMACEUTICAL CO., LTD., ET AL., | |

1  Plaintiffs,
2  v.
3  IMPAX LABORATORIES, INC.,
4  Defendant.

7 The Court has reviewed Takeda's Motion For Leave To File A Motion For Reconsideration Of Takeda's Motion For Leave To Amend Its Infringement Contentions To Assert Infringement Under The Doctrine Of Equivalents; Or In The Alternative, For Judgment Of Noninfringement Of U.S. Patent No. 7,790,755 Under Fed. R. Civ. P. 54(B) ("the Motion"). As to Takeda's request for leave to file a motion for reconsideration of the Court's prior order denying Takeda's motion to amend its infringement contentions, the Motion is DENIED. With respect to Takeda's request for judgment of noninfringement under Rule 54(b) of the Federal Rules of Civil Procedure, each of the Defendants in the related cases is requested to file a response within one week of the date of this order.

IT IS SO ORDERED.

Dated: April 22, 2013

_____
Joseph C. Spero
United States Magistrate Judge