1  CROWELL & MORING LLP
   Mark T. Jansen (CSB No. 114896)
2  mjansen@crowell.com
   275 Battery Street, 23rd Floor
3  San Francisco, CA  94111
   Telephone: 415.986.2800
4  Facsimile: 415.986.2827
   (Additional counsel listed after signature)
5
   Attorneys for Defendants and Counterclaimants
6  HANDA PHARMACEUTICALS, LLC and
   PAR PHARMACEUTICAL, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., | Case No. 3:11-cv-00840-JCS |
|---|---|---|
| | Plaintiffs, | Related Case Nos. 3:11-cv-01609-JCS and 3:11-cv-01610-JCS |
| | v. | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS HANDA PHARMACEUTICALS, LLC'S AND PAR PHARMACEUTICAL, INC.'S ADMINISTRATIVE MOTION FOR ORDER TO FILE PORTIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,790,755 UNDER FED. R. CIV. P. 54(B) AND EXHIBIT 2 UNDER SEAL |
| | HANDA PHARMACEUTICALS, LLC AND PAR PHARMACEUTICAL, INC., | |
| | Defendants. | |
| | | Dept:     Courtroom G, 15th Floor |
| | | Judge:    The Honorable Joseph C. Spero |

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>              Plaintiffs,<br><br>     v.<br><br>IMPAX LABORATORIES, INC.,<br><br>              Defendants. | Case No. 3:11-cv-01610-JCS |

1   This Court, having reviewed Defendants' Administrative Motion for Order to File
2   Portions of Defendants Handa, Par and Impax Laboratories, Inc.'s Opposition to Plaintiffs'
3   Motion for Judgment of Non-Infringement of U.S. Patent No. 7,790,755 Under Fed. R. Civ. P.
4   54(b) ("54(b) Opposition") and Exhibit 2 to the Declaration of Pilar R. Stillwater in Support of
5   Defendants' 54(b) Opposition, grants the motion and hereby orders that the portions of
6   Defendants' 54(b) Opposition, as identified with highlighting in the version submitted to the
7   Court, and Exhibit 2 to the Declaration of Pilar R. Stillwater in Support of Defendants' 54(b)
8   Opposition be filed under seal.

10  IT IS SO ORDERED.
11  DATED: __4/30/13_____          _____
12                                    Hon. Joseph C. Spero
                                      United States District Court Magistrate Judge

| | |
|---|---|
| | Respectfully Submitted, |
| DATED:  April 29, 2013 | HANDA PHARMACEUTICALS, LLC AND PAR PHARMACEUTICAL, INC. |

By:    */s/ Pilar R. Stillwater*

Mark T. Jansen (CSB No. 114896)
*mjansen@crowell.com*
Pilar R. Stillwater (CSB No. 260467)
*pstillwater@crowell.com*
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

James K. Stronski
*jstronski@crowell.com*
Bruce D. DeRenzi
*bderenzi@crowell.com*
Chiemi D. Suzuki
*csuzuki@crowell.com*
Jacob Z. Zambrzycki
*jzambrzycki@crowell.com*
CROWELL & MORING LLP
590 Madison Ave., 20th Fl.
New York, NY 10022-2524
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Keith J. Harrison
*kharrison@crowell.com*
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116