1    (All parties and counsel listed on Signature Page)

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN FRANCISCO DIVISION**

10   TAKEDA PHARMACEUTICAL CO., LTD.,          Case No. 11-cv-00840-JCS
     TAKEDA PHARMACEUTICALS NORTH
11   AMERICA, INC., TAKEDA                      Related Case Nos. 3:11-cv-01609-JCS and
     PHARMACEUTICALS LLC, AND TAKEDA            3:11-cv-01610-JCS
12   PHARMACEUTICALS AMERICA, INC.,
                                                **STIPULATION CONCERNING**
13              Plaintiffs,                      **DEFENDANTS' ~~PROPOSED~~**
                                                **REDACTIONS TO THE COURT'S**
14         v.                                    **SUMMARY JUDGMENT ORDER**
                                                **PURSUANT TO THE COURT'S**
15   HANDA PHARMACEUTICALS, LLC AND            **ORDER TO FILE SUMMARY**
     PAR PHARMACEUTICAL, INC.,                   **JUDGMENT UNDER SEAL**
16
                Defendants.                      Judge:    Hon. Joseph C. Spero
17

18

19         WHEREAS, pursuant to the Court's Order to File Summary Judgment Order Under Seal,

20   Docket No. 266, Defendants Handa Pharmaceuticals, LLC and Par Pharmaceutical, Inc.

21   (collectively, "Defendants") have submitted proposed redactions to the Court's order on the

22   parties' summary judgment motions, Docket No. 265; and

23         WHEREAS, Plaintiffs do not oppose Defendants' proposed redactions;

24         Plaintiffs and Defendants, by their undersigned attorneys, hereby stipulate, subject to the

25   approval of the Court, that the material identified by Defendants be filed under seal.

26

27

28

1

Respectfully Submitted,

2

Dated: April 15, 2013

By:       /s/ Mark T. Jansen

3

Mark T. Jansen (SBN 114896)
mjansen@crowell.com

4

Pilar R. Stillwater (SBN 260467)
pstillwater@crowell.com

5

CROWELL & MORING LLP

6

275 Battery St., 23rd Fl.
San Francisco, CA 94111

7

Telephone: (415) 986-2800
Facsimile: (415) 986-2827

8

James K. Stronski
jstronski@crowell.com

9

Bruce D. DeRenzi
bderenzi@crowell.com

10

Chiemi D. Suzuki
csuzuki@crowell.com

11

Jacob Z. Zambrzycki
jzambrzycki@crowell.com

12

CROWELL & MORING LLP

13

590 Madison Ave., 20th Fl.
New York, NY 10022-2524

14

Telephone: (212) 223-4000
Facsimile: (212) 223-4134

15

Keith J. Harrison
kharrison@crowell.com

16

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.

17

Washington, DC 20004-2595
Telephone: (202) 624-2500

18

Facsimile: (202) 628-5116

19

Attorneys for Defendants

20

HANDA PHARMACEUTICALS, LLC AND
PAR PHARMACEUTICAL, INC.

21

By:       /s/ Heather E. Takahashi

22

Jeffrey I. Weinberger (SBN 056214)
jeffrey.weinberger@mto.com

23

Ted G. Dane (SBN 143195)
ted.dane@mto.com

24

Heather E. Takahashi (SBN 245845)

25

heather.takahashi@mto.com
Ryan N. Hagglund (pro hac vice)

26

ryan.hagglund@mto.com
MUNGER, TOLLES & OLSON LLP

27

355 South Grand Ave., 35th Floor
Los Angeles, CA 90071-1560

28

Telephone: (213) 683-9100

STIP. RE DEFS.' PROPOSED
REDACTIONS TO SUMM. J. ORDER
CASE NO. 11-CV-0840-JCS

1    Facsimile: (213) 687-3702

2    Attorneys for Plaintiffs
     TAKEDA PHARMACEUTICAL CO., LTD.,
3    TAKEDA PHARMACEUTICALS NORTH
     AMERICA, INC., TAKEDA PHARMACEUTICALS
4    LLC, AND TAKEDA PHARMACEUTICALS
     AMERICA, INC.

5

6

7

8

9    Dated: 5/13/13

IT IS SO ORDERED

Judge Joseph C. Spero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -2-

1    <u>Filer's Attestation</u>

2        I, Mark Jansen, am the ECF user whose identification and password are being used to file

3    this **STIPULATION CONCERNING DEFENDANTS' PROPOSED REDACTIONS TO**

4    **THE COURT'S SUMMARY JUDGMENT ORDER PURSUANT TO THE COURT'S**

5    **ORDER TO FILE SUMMARY JUDGMENT UNDER SEAL**.  In compliance with General

6    Order 45.X.B., I hereby attest that the other above-named signatories concur in this filing.

7    DATED:  April 15, 2013

8                                               */s/ Mark T. Jansen*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. RE DEFS.' PROPOSED
REDACTIONS TO SUMM. J. ORDER
CASE NO. 11-CV-0840-JCS