JEFFREY I. WEINBERGER (SBN 56214)
jeffrey.weinberger@mto.com
TED G. DANE (SBN 143195)
ted.dane@mto.com
HEATHER E. TAKAHASHI (SBN 245845)
heather.takahashi@mto.com
RYAN N. HAGGLUND (*pro hac vice*)
ryan.hagglund@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel:  (213) 683-9100; Fax:  (213) 687-3702

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS LLC, and TAKEDA
PHARMACEUTICALS AMERICA, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANDA PHARMACEUTICALS, LLC, AND PAR PHARMACEUTICAL, INC., <br><br> Defendants. | Case No. 3:11-cv-00840 JCS <br><br> [~~PROPOSED~~] ODER ON PLAINTIFFS' ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT IN THE COURTROOM <br><br><br> Trial Date:    June 5, 2013 <br> Time:          8:30 a.m. <br> Courtroom:   G, 15th Floor <br> Honorable Joseph C. Spero |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TWI PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 3:11-cv-01609 JCS |

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610 JCS |

## ORDER

The following equipment may be brought into Courtroom G on the 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or into the parties' respective breakout rooms on the 15th floor, beginning on June 3, 2013, at 8:30 a.m. and used throughout trial:

1. Projector (3000 Lumens)
2. Projector Stand
3. 7-ft pull-up screen
4. Elmo (Wolfvision digital Presenter)
5. Elmo Stand
6. 6-in/1-out SVGA Switch
7. 6-in/1-out SVGA Switch
8. 9 LCD monitors
9. 2 8-out Distribution Amplifiers
10. 2 18" x 60" tech tables
11. 2 Anchor Speakers
12. Cabling, power strips and gaff tape
13. 2 MFD printers
14. 1 laptop stand
15. 4 laptops
16. 1 iPad
17. 3 external hard drives
18. 3 laser pointers
19. 2 PowerPoint slide clickers
20. 1 portable scanner
21. 1 portable printer

1  DATED: __May 28_____, 2013           _____
                                           THE HONORABLE JOSEPH C. SPERO
2                                          United States Magistrate Judge