1  JEFFREY I. WEINBERGER (SBN 56214)
   jeffrey.weinberger@mto.com
2  TED G. DANE (SBN 143195)
   ted.dane@mto.com
3  HEATHER E. TAKAHASHI (SBN 245845)
   heather.takahashi@mto.com
4  RYAN N. HAGGLUND (*pro hac vice*)
   ryan.hagglund@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
6  Los Angeles, California 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
7
   Attorneys for Plaintiffs
8  TAKEDA PHARMACEUTICAL CO., LTD.,
   TAKEDA PHARMACEUTICALS NORTH
9  AMERICA, INC., TAKEDA
   PHARMACEUTICALS LLC, and TAKEDA
10 PHARMACEUTICALS AMERICA, INC.,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC, AND PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | Case No. 3:11-cv-00840 JCS<br><br>[~~PROPOSED~~] ODER ON PLAINTIFFS' ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT IN THE COURTROOM<br><br><br>Trial Date:    June 5, 2013<br>Time:           8:30 a.m.<br>Courtroom:  G, 15th Floor<br>Honorable Joseph C. Spero |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01609 JCS |

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610 JCS |

## **ORDER**

The following equipment may be brought into Courtroom G on the 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or into the parties' respective breakout rooms on the 15th floor, beginning on June 3, 2013, at 8:30 a.m. and used throughout trial:

1. Projector (3000 Lumens)
2. Projector Stand
3. 7-ft pull-up screen
4. Elmo (Wolfvision digital Presenter)
5. Elmo Stand
6. 6-in/1-out SVGA Switch
7. 6-in/1-out SVGA Switch
8. 9 LCD monitors
9. 2 8-out Distribution Amplifiers
10. 2 18" x 60" tech tables
11. 2 Anchor Speakers
12. Cabling, power strips and gaff tape
13. 2 MFD printers
14. 1 laptop stand
15. 4 laptops
16. 1 iPad
17. 3 external hard drives
18. 3 laser pointers
19. 2 PowerPoint slide clickers
20. 1 portable scanner
21. 1 portable printer

1  DATED: __May 28__, 2013

       _____
       THE HONORABLE JOSEPH C. SPERO
       United States Magistrate Judge