1  JEFFREY I. WEINBERGER (SBN 56214)
   jeffrey.weinberger@mto.com
2  TED G. DANE (SBN 143195)
   ted.dane@mto.com
3  HEATHER E. TAKAHASHI (SBN 245845)
   heather.takahashi@mto.com
4  RYAN N. HAGGLUND (*pro hac vice*)
   ryan.hagglund@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
6  Los Angeles, California 90071-1560
   Tel:  (213) 683-9100; Fax:  (213) 687-3702

7
   Attorneys for Plaintiffs
8  TAKEDA PHARMACEUTICAL CO., LTD.,
   TAKEDA PHARMACEUTICALS NORTH
9  AMERICA, INC., TAKEDA
   PHARMACEUTICALS LLC, and TAKEDA
10 PHARMACEUTICALS AMERICA, INC.,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HANDA PHARMACEUTICALS, LLC, AND PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | Case No. 3:11-cv-00840 JCS<br><br>[~~PROPOSED~~] ODER ON PLAINTIFFS' AMENDED ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT IN THE COURTROOM<br><br><br>Trial Date:   June 5, 2013<br>Time:         8:30 a.m.<br>Courtroom:   G, 15th Floor<br>Honorable Joseph C. Spero |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TWI PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01609 JCS |

20891146.1

[PROPOSED] ORDER ON AMENDED ADMIN.
REQUEST FOR ENTRY OF EQUIPMENT
3:11-CV-840; 3:11-CV-1609; 3:11-CV-1610 JCS

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:11-cv-01610 JCS |

## **ORDER**

The following equipment may be brought into Courtroom G on the 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or into the parties' respective breakout rooms on the 15th floor, beginning on June 3, 2013, at 8:30 a.m. and used throughout trial:

1. Projector (5000L to 6500L)
2. Projector Stand
3. 7-ft pull-up screen
4. Wolfvision Visualizer VZ-8 Plus
5. DaLite Projectostand (25"x17")
6. 3 Inline 6" x 1out VGA Switch IN3566
7. 2 Extron 1" x 6out VGA DA
8. 9 LCD 17" monitors
9. 3 CAP-1 Computer Audio Patch (Mono)
10. 1 Mackie Pro 6 Channel Mixer
11. 2 Anchor AN-1000X speaker
12. 3 18" x 60" tech tables, w/skirt
13. Cabling, power strips and gaff tape
14. HP 4700 printer (MTO break out room)
15. Printer cart
16. 1 laptop stand
17. 5 library carts
18. 2 Laptops
19. 3 Laser Pointers
20. Wireless MiFi hotspot
21. 2 PowerPoint Clickers
22. 2 External Hard Drives
23. 4 laptops
24. 1 iPad
25. 3 external hard drives
26. 3 laser pointers

20891146.1

[PROPOSED] ORDER ON AMENDED ADMIN. REQUEST FOR ENTRY OF EQUIPMENT
3:11-CV-840; 3:11-CV-1609; 3:11-CV-1610 JCS

27.  2 PowerPoint slide clickers               29.  1 portable printer

28.  1 portable scanner

DATED:  05/29         , 2013     _____

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

20891146.1

[PROPOSED] ORDER ON AMENDED ADMIN.
REQUEST FOR ENTRY OF EQUIPMENT
3:11-CV-840; 3:11-CV-1609; 3:11-CV-1610 JCS