UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>HANDA PHARMACEUTICALS, LLC., AND PAR PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No. 3:11-cv-00840 JCS<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AS TO HANDA PHARMACEUTICALS, LLC., AND PAR PHARMACEUTICALS, INC.**<br><br>Judge:   Hon. Joseph C. Spero<br>         Courtroom G, 15th Floor<br><br>Related Cases:  3:11-cv-01609 (JCS)<br>                3:11-cv-01610 (JCS) |

1     This action having come before the Court for a bench trial from June 5 to June 12, 2013;

2 the issues having been heard and a decision having been rendered:

3     **IT IS HEREBY ORDERED AND ADJUDGED** this <u>1st</u> day of <u>November</u>, 2013, for

4 the reasons set forth in the Court's Findings of Fact and Conclusions of Law [D.N. 446] dated

5 October 17, 2013, that Judgment shall be entered in favor of Plaintiffs Takeda Pharmaceuticals

6 Co., Ltd., Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals LLC, and

7 Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and against Defendants Handa

8 Pharmaceuticals, LLC, and Par Pharmaceuticals, Inc. (collectively, "Handa/Par"), on Takeda's

9 claims that Handa/Par's proposed products described in Abbreviated New Drug Application

10 ("ANDA") No. 202-294 infringe asserted claims 2 and 3 of U.S. Patent No. 6,664,276 ("the '276

11 Patent") and asserted claims 1 and 2 of U.S. Patent No. 7,737,282 ("the '282 Patent") pursuant to

12 35 U.S.C. § 271(e)(2); and it is further,

13     **ORDERED AND ADJUDGED** that the asserted claims of the '276 and '282 Patents are

14 valid and enforceable, and that Judgment shall be entered in favor of Takeda and against

15 Handa/Par on all counterclaims and defenses alleging noninfringement, invalidity, or

16 unenforceability of the '276 and '282 Patents; and it is further,

17     **ORDERED AND ADJUDGED**, pursuant to the Court's Order Re Summary Judgment

18 [D.N. 265] dated April 8, 2013, that Judgment shall be entered in favor of Handa/Par and against

19 Takeda on Takeda's claim that Handa/Par's proposed products described in ANDA No. 202-294

20 infringe asserted claims 2, 4, and 6 of U.S. Patent No. 7,790,755 ("the '755 Patent"); and it is

21 further,

22     **ORDERED AND ADJUDGED** that Judgment shall be entered in favor of Handa/Par and

23 against Takeda on Handa/Par's counterclaim alleging noninfringement of asserted claims 2, 4, and

24 6 of the '755 patent, and that Handa/Par's counterclaims and defenses alleging invalidity and

25 unenforceability of the '755 Patent are moot; and it is further,

26     **ORDERED** that, pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval

27 by the United States Food and Drug Administration of Handa/Par's proposed products described

28 in ANDA No. 202-294 shall be a date that is not earlier than the last date of expiration of the '276

and '282 Patents (currently, June 15, 2020, for the '282 Patent, and December 15, 2020, with attached six months of pediatric exclusivity for the'276 Patent, which date is subject to extension pursuant to Takeda's request for patent term extension currently pending before the U.S. Patent and Trademark Office); and it is further,

~~ORDERED that, pursuant to Civil L.R. 54-1, costs shall be awarded to Takeda~~. JCS

DATED: __11/1_____, 2013



_____
THE HON_____. SPERO
United Sta_____

|  |  |
|---|---|
|  | Presented by, |
| DATED:  October 25, 2013 | MUNGER, TOLLES & OLSON LLP |

By: _____*/s/ Heather E. Takahashi*_____
JEFFREY I. WEINBERGER (SBN 056214)
*jeffrey.weinberger@mto.com*
TED G. DANE (SBN 143195)
*ted.dane@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
RYAN N. HAGGLUND (*pro hac vice*)
*ryan.hagglund@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

TINA W. ARROYO (State Bar No. 272757)
*tina.arroyo@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Plaintiffs
TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA PHARMACEUTICALS
LLC, AND TAKEDA PHARMACEUTICALS
AMERICA, INC.

21940134