# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 14-1134 - Takeda Pharmaceutical Co., Lt v. Handa Pharmaceuticals, LLC

**Date of docketing:** December 3, 2013

**Appeal from:** United States District Court for the Northern District of California case no. 3:11-cv-00840-JCS

**Cross-Appellant(s):** Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals America, Inc, Takeda Pharmaceuticals LLC, Takeda Pharmaceuticals North America, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. N.B. Delayed requests are not favored by the court.
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- **Oral Argument Schedule Conflicts:** Counsel can expect oral argument to be set within 2 months of the filing of final brief or appendix in a case. Counsel should advise the clerk's office of any potential conflict that would interfere with counsel's ability to appear for oral argument, and counsel should provide updates to inform the clerk's office of any potential conflict as it arises. The clerk's office will make every effort to accommodate counsel's conflicts if counsel so advises the clerk's office prior to the time that the clerk's office sets the date for oral argument. After the date for oral argument is set, however, the date for oral argument will not be postponed except on motion showing compelling circumstances. Counsel should be aware that the court's future oral argument schedule is posted on the court's website at www.cafc.uscourts.gov under the oral argument tab.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption is reflected on the Electronic Docket

Daniel E. O'Toole
Clerk of Court

cc: United States District Court for the Northern District of California
Mark T. Jansen
Heather E. Takahashi