NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, and TAKEDA PHARMACEUTICALS AMERICA, INC,**

*Plaintiffs - Cross Appellants,*

v.

**HANDA PHARMACEUTICALS, LLC and PAR PHARMACEUTICAL, INC.,**

*Defendants – Appellants,*

and

**IMPAX LABORATORIES, INC.**

*Defendant.*

---

2014-1079, -1134

---

Appeals from the United States District Court for the Northern District of California No. 3:11-cv-00840-JCS, Magistrate Judge Joseph C. Spero.

2       TAKEDA PHARMACEUTICAL v. HANDA PHARMACEUTICALS, LLC

---

# **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

September 10, 2014       /s/ Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk of Court

**ISSUED AS A MANDATE:** September 10, 2014

cc: Clerk's Office, United States District Court for the Northern District of California