# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1079, -1134

**TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, and TAKEDA PHARMACEUTICALS AMERICA, INC,**

*Plaintiffs - Cross Appellants,*

v.

**HANDA PHARMACEUTICALS, LLC and PAR PHARMACEUTICAL, INC.,**

*Defendants – Appellants,*

And

**IMPAX LABORATORIES, INC.,**

*Defendant.*

Appeals from the United States District Court for the Northern District of California in No. 3:11-cv-00840-JCS, Magistrate Judge Joseph C. Spero.

## MANDATE

In accordance with the judgment of this Court, entered September 10, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc:
Clerk of Court, Northern District of California (San Francisco)