**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

September 15, 2014

CASE NUMBER:   **CV 11-00840 JCS**
CASE TITLE:   **TAKEDA PHARMACEUTICAL CO., LTD ET AL-v- HANDA PHARMACEUTICALS, LLC**
DATE MANDATE FILED:   9/15/14

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Federal Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gina Agustine
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16